Neil E. Schwartz SBN 215002
**The Law Offices of Neil E. Schwartz**
2130 Chester Avenue, Suite 101
Bakersfield, CA 93301
(661) 326-1122 Telephone
(661) 748-1929 Facsimile
Schwartz@schwartz-law.org email

Attorneys for Debtor

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

In re:

**PEDRO NAVEIRAS, JR**

**AND**

**ZENAIDA NAVEIRAS**

Debtor.

Case No: 2015-10233
Chapter 13
Docket Control No.: MHM-2

**Date:   September 29, 2015**
**Time:  1:30 p.m.**
**Place:  510 19th Street**
**         Bakersfield, CA**

### DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS

### TO THE HONORABLE FREDRICK CLEMENT, MICHAEL MEYERS/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

**DEBTORS** hereby respond to Trustee's Motion to Dismiss, which was filed on July 10, 2015

1. Debtors have provided their 2012 taxes to the trustee's office via email.

2. Debtors are willing to increase the payments as necessary as the liquidation

   analysis requires they pay 100% to the allowed claims of unsecured creditors.

Wherefore Debtors ask that Trustee's Motion to Dismiss be overruled as the debtors have informed

our office that they are current and the motion to value collateral has been filed with the court.

Dated: August 12, 2015                                    **The Law Offices of Neil E. Schwartz**

                                                         _/s/_____
                                                         Neil E. Schwartz
                                                         Attorneys for Debtor

-1-