Neil E. Schwartz SBN 215002
**The Law Offices of Neil E. Schwartz**
2130 Chester Avenue, Suite 101
Bakersfield, CA 93301
(661) 326-1122 Telephone
(661) 748-1929 Facsimile
Schwartz@schwartz-law.org email

Attorneys for Debtor

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>**PEDRO NAVEIRAS, JR**<br><br>**AND**<br><br>**ZENAIDA NAVEIRAS**<br><br>Debtor. | Case No: 2015-10233<br>Chapter 13<br>Docket Control No.: MHM-1<br><br><br>Date:   August 25, 2015<br>Time:   1:30 p.m.<br>Place:  510 19th Street<br>            Bakersfield, CA |

**DEBTORS' SUPPLEMENTAL RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

**TO THE HONORABLE W. RICHARD LEE, MICHAEL MEYERS/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

**DEBTORS** hereby respond to Trustee's Motion to Dismiss, which was filed on July 10, 2015

1. Debtors would ask the court to continue this matter to be heard on the September 29th calendar at the same time to allow creditors the proper time to object.
2. Due to the fact that the debtors have agreed to pay the allowed claims of unsecured creditors in full, we feel this would be the best solution for all parties involved. .

Wherefore Debtors ask that Trustee's Motion to Dismiss be continued to the September 29th calendar.

Dated: August 14, 2015                                                         **The Law Offices of Neil E. Schwartz**

                                                                                                  /s/_____
                                                                                                Neil E. Schwartz
                                                                                                Attorneys for Debtor

-1-